FILED  
United States Court of Appeals  
Tenth Circuit

August 14, 2017

Elisabeth A. Shumaker  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

In re: ROBERT ALLEN CUSTARD,

      Movant.

No. 17-1257  
(D.C. No. 1:16-CV-01600-WYD)  
(D. Colo.)

_____

**ORDER**

_____

Before **KELLY**, **O'BRIEN**, and **BACHARACH**, Circuit Judges.

_____

Robert Allen Custard petitions for a writ of mandamus ordering the district court to rule on his pending 28 U.S.C. § 2255 habeas application. On August 10, 2017, the district court resolved his habeas application. Because Custard has received the requested relief, his mandamus petition is denied as moot.

      Entered for the Court

      ELISABETH A. SHUMAKER, Clerk